KNICKERBOCKER INVESTMENT COMPANY, Plaintiff, *v.* FOSTER M. VOORHEES et al., Individually and as Trustees of the BANKERS' LIFE INSURANCE COMPANY et al., Defendants.

In the Matter of the Application of DAVIES, STONE & AUERBACH, Respondent, for the Enforcement of an Attorney's Lien; BANKERS' SURETY COMPANY, Appellant.

*Knickerbocker Investment Co.* v. *Voorhees,* 128 App. Div. 639, appeal dismissed.
(Submitted April 26, 1909; decided May 11, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1908, which reversed an order of Special Term canceling a judgment in favor of petitioners' clients and also canceling an undertaking on appeal.

*Henry White* for appellant.

*Julien T. Davies, Charles E. Hotchkiss* and *Julian C. Harrison* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ. Absent: WILLARD BARTLETT, J.